

```
                                                          FILED
                                                      U.S. DISTRICT COURT
                                                    EASTERN DISTRICT ARKANSAS
```

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JUN 27 2003

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

| | | |
|---|---|---|
| BETTIE LEWIS; AND ALL OTHERS SIMILARLY SITUATED, | * * * | |
| Plaintiffs, | * * * | |
| vs. | * | 2:02cv00142 SWW |
| | * * * | |
| HUGHES SCHOOL DISTRICT, | * * | |
| Defendant. | * | |

### Order

Plaintiff Bettie Lewis filed this action alleging defendant violated the minimum wage and overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.* Now before the Court is defendant's motion to compel to which plaintiff has responded. For the reasons stated below, the Court finds the motion should be denied.

The Requests for Production which are the subject of the motion before the Court are the following:[1]

Request for Production No. 31: all advertising promulgated by plaintiff's counsel in the northeast Arkansas, West Memphis, and Memphis, Tennessee area beginning in 2000, including material distributed by plaintiff's counsel at St. Mark's Missionary Baptist Church in Memphis;

Request No. 32: all documentation, correspondence, questionnaires completed, and

---

[1] According to plaintiff, defendant served Requests for Production of Documents on May 9, 2003. Plaintiff served her initial responses on May 28, 2003, and an amended response on June 6, 2003.

**40**

communications between plaintiff and a woman identified as "Sandy" at St. Mark's Missionary Baptist Church;

Request No. 33: a complete copy of the database questionnaire completed by plaintiff;

Request No. 34: a copy of any database questionnaire completed for plaintiff's counsel by employees of defendant;

Request No. 35: audiotape transcriptions of any advertisements promulgated by plaintiff's counsel on any radio or television station in the northeast Arkansas/Memphis, Tennessee area;

Request No. 36: all contracts and communications by and between plaintiff's counsel, the School Litigation Group, and any public relations or advertisement firm(s) from January 2000 to date.

Defendant contends this information goes to plaintiff's credibility, pointing out that during her deposition, plaintiff said she did not see her counsel's advertisement on television because she does not watch television then, in another portion of her deposition, said she was afraid she would be fired if she continued with the lawsuit based upon something she saw on television. Defendant also argues courts may consider evidence of plaintiff's counsel's solicitation in class actions.

Plaintiff takes issue with defendant's characterization of plaintiff's deposition testimony as to whether she saw any advertisements on television. Further, plaintiff asserts the advertising materials sought are not relevant to any issue in this case, and the data base questionnaires are privileged.

The Court finds that the documents sought in Request Nos. 31, 32, 35, and 36, which relate to advertising materials, are not relevant and are not reasonably calculated to lead to the

discovery of relevant admissible evidence. Further, as to Request No. 32, plaintiff states she has been unable to identify "Sandy" in a manner sufficient for plaintiff's counsel to locate such person.

The Court further finds that the documents sought in Request Nos. 33 and 34, data base questionnaires completed by plaintiff and questionnaires completed by other employees for plaintiff's counsel, are privileged. In addition, plaintiff states she already has produced the entire data base questionnaire she completed, and now has provided defendant with a copy of the information packet sent to potential plaintiffs.

IT IS THEREFORE ORDERED that defendant's motion to compel [docket entry 36] hereby is denied.

Dated this 27th day of June 2003.

/s/ Susan Webber Wright
CHIEF JUDGE
UNITED STATES DISTRICT COURT

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 6-30-03 BY VA

3

F I L E   C O P Y

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

vjt

June 30, 2003

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   2:02-cv-00142.

True and correct copies of the attached were mailed by the clerk to the following:

>   Elizabeth Fletcher, Esq.
>   Huckabay, Munson, Rowlett & Moore
>   Regions Center
>   400 West Capitol Avenue
>   Suite 1900
>   Little Rock, AR   72201
>
>   Beverly A. Rowlett, Esq.
>   Huckabay, Munson, Rowlett & Moore
>   Regions Center
>   400 West Capitol Avenue
>   Suite 1900
>   Little Rock, AR   72201
>
>   Michael G. Smith, Esq.
>   Dover Dixon Horne, PLLC
>   TCBY Building
>   425 West Capitol Avenue
>   Suite 3700
>   Little Rock, AR   72201-2692
>
>   Michael R. Johns, Esq.
>   Dover Dixon Horne, PLLC
>   TCBY Building
>   425 West Capitol Avenue
>   Suite 3700
>   Little Rock, AR   72201-2692
>
>   Thomas S. Stone, Esq.
>   Dover Dixon Horne, PLLC
>   TCBY Building
>   425 West Capitol Avenue
>   Suite 3700
>   Little Rock, AR   72201-2692

Jesse Joe Gibson, Esq.
Gibson Law Firm
The Lafayette Building
523 South Louisiana
Suite 226
Little Rock, AR  72201

Marc Edward Brand, Esq.
Attorney at Law
Post Office Box 24296
Jackson, MS  39225-4296

John B. MacNeill, Esq.
MacNeill & Buffington, P.A.
River Oaks Place
1080 River Oaks Drive
Suite A 250
Jackson, MS  39232

Mike Espy, Esq.
Attorney at Law
Post Office Box 24205
Jackson, MS  39225

cc: press

|  |  |
|---|---|
| | James W. McCormack, Clerk |
| Date: 6/30/03 | BY: V. Turner |